UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-61725-ZLOCH/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat / div 1983 | 550 | Ft. Laud.
Case # ____________
Judge ________ Mag ________
Motn Ifp No Fee pd $ No
Receipt # ____________

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED by [signature] D.C.
AUG 03 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 11-CV-61725-ZLOCH/WHITE

GENE RAMIREZ
(Enter the full name of the plaintiff in this action)

v.

BERNARD WILLIAMS

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: GENE RAMIREZ

Inmate #: 571003541

Address: P.O. BOX 9356 MAIN JAIL
FT. LAUD. FLORIDA 33310

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: BERNARLD WILLIAMS

is employed as CIVILIAN

at 600 S.W. 26TH AVE FT. LAUD, FL. 33311

C. Additional Defendants: ______________________

______________________

______________________

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

ON 04-23-10 AT OR BETWEEN 4TH & 5TH CT. AND 27TH AVE FT. LAUD. FL 33311. I WAS PLACED IN FEAR OF BEING KILLED BY DEFENDANT BERNARDO WILLIAMS BY SETTING A MOTION WITH A FIREARM WITH HIS FINGER ON THE TRIGGER AIMING THE FIREARM DIRECTLY AT MY FACE AND HEAD AT A VERY CLOSE RANGE BEING JUST A FEW FEET AWAY FROM ME AS (HE) CAME CLOSER TOWARDS ME (HIS) ACTIONS WERE THREATENING IN A ANGRILY MANNER AND FOR NO JUSTIFIED REASON. THE DEFENDANT TOOK A FEWER STEPS CLOSER IN MY DIRECTION AT THAT TIME I WAS PETRIFIED AND COULDN'T FUNCTION PROPERLY AND WHEN THE DEFENDANT WAS WITHIN STRIKING DISTANCE, THE DEFENDANT STRUCK ME ABOUT MY FACE WITH A CLOSE FIST. CAUSING ME TO PASS OUT AND LAND ON THE GROUND. A BY STANDER WITNESSED THE

DEFENDANT PRODUCE THE FIREARM AND AIM IT AT ME AND ALSO WITNESSED THE DEFENDANT STRIKE ME ABOUT THE FACE CAUSING ME TO FALL BACKWARDS WITNESS NAME JOHN LEHMAN (CIVILIAN). ADDRESS 2601 S.W. 14TH ST. FT. LAUD. FL. 33301

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I HOPE TO BE ABLE IN THE NEAR BY FUTURE TO BE PROFESSIONALLY REPRESENTED AND PRESENT MY CASE BEFORE A JURY AND HAVE A JUDGE FROM THE PROOF OF EVIDENCE, LETTING THE JUDGE DECIDE AND INSERT PUNISHMENT THAT FITS THESE MALICIOUS ACTS BY THE DEFENDANT OF AGGRAVATED ASSAULT AND BATTERY AND TO PREVENT THIS DEFENDANT FROM COMMITTING THE SAME HATEFUL ACTS AGAINST OTHERS IN THE FUTURE IN OTHER WORDS THE DEFENDANT IS AN ANGRY PERSON AND HAS COMMITTED AN ACT OF VIOLENCE WITH A GUN ONE DAY HE'LL END UP KILLING IF HE'S NOT PREVENTED FROM CARRYING A GUN AND USING IT IMPROPERLY

## IV. Jury Demand

Do you demand a jury trial? (Yes) No

Signed this 30TH day of JULY, 20 11

Dene Ramirez
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ______________________

______________________
(Signature of Plaintiff)