UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.** 11-61725-CIV-WJZ

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
Southern district of Florida
400 North Miami Avenue

Gene Ram[illegible]
#501109116
P.O. Box 93[illegible]
FT. Laud. Fl[illegible]

10-03-11

FILED by [illegible] D.C.
OCT 06 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

VERY IMPORTANT;
TO WHOM IT MAY CONCERN

I HAVE TWO 42 U.S.C.A § 1983 CIVIL LAW SUITS.

#1 AGAINST POLICE OFFICER CARLOS GUERR[illegible] #1707, EMPLOYED BY THE CITY OF FT. LAUD. FL. WITH CASE # 0:11-CV-61495-KMW TRYING TO INFORM YOUR DEPARTMENT THAT MY ADDRESS HAS BEEN CHANGED BY THE JAIL, MY NEW ADDRESS IS

GENE RAMIREZ
#501109116 → NEW ARREST # *
MAIN JAIL
P.O. BOX 9356
FT. LAUD. FL. 33310

#2 MY SECOND 42 U.S.C.A § 1983 CIVIL LAW SUIT IS AGAINST BERNARLD WILLIAMS. WITH A CASE # OF 0:11-CV-61725-WJZ AGAIN IT MY ATTEMPT TO INFORM YOU THAT THERE HAS BEEN A SLITE CHANGE IN MY ADDRESS. MY NEW ADDRESS IS

GENE RAM[illegible]
CHANGED ARREST # ← #501109116
P.O. BOX 935[illegible]
FT. LAUD. FL.
33[illegible]